UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                              CHAPTER 13 PROCEEDINGS

LAFAYETTE CARTHON, JR.          CASE NUMBER: 03-24590
ELLA F CARTHON                    HON: DANIEL S OPPERMAN
              Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $40.00 for deposits in the U. S. Registry as evidenced by the attached Check No. 241905 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on June 30, 2009, July 31, 2009, and September 30, 2009 on behalf of the following creditor;

| | | |
|---|---|---|
| Education Credit Mgmt Corporation | $19.17 | September 30, 2009 |
| Education Credit Mgmt Corporation | $10.96 | July 31, 2009 |
| Education Credit Mgmt Corporation | $ 9.87 | June 30, 2009 |

      Education Credit Management Corporation sold the loan and will not disclose the new loan company in order to re-disburse funds.

Date: January 11, 2010                              /s/ Thomas W McDonald
                                                          Thomas W McDonald, Jr.
                                                          Chapter 13 Trustee
                                                          3144 Davenport Ave
                                                          Saginaw Mi 48602
                                                          Telephone (989) 792-6766
                                                          ecf@mcdonald13.org