UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                                                     CHAPTER 13 PROCEEDINGS

LAFAYETTE CARTHON, JR.         CASE NUMBER:  03-24590
ELLA F CARTHON                  HON: DANIEL S OPPERMAN
                **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $3.16 for deposits in the U. S. Registry as evidenced by the attached Check No. 246053 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on November 30, 2009 on behalf of the following debtor:

    Lafayette Jr. Carthon and Ella Carthon

   Debtor refund sent November 30, 2009 and check is not cashed.

Date:  May 31, 2010                    /s/ Thomas W McDonald
                                        Thomas W McDonald, Jr.
                                            Chapter 13 Trustee
                                            3144 Davenport Ave
                                            Saginaw Mi 48602
                                            Telephone (989) 792-6766
                                            ecf@mcdonald13.org